AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL, RUSSELL COLEMAN,<br><br>*Plaintiff(s)*<br>v.<br>REALPAGE, INC., BH MANAGEMENT SERVICES, LLC, FIRST COMMUNITIES MANAGEMENT, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, HIGHMARK RESIDENTIAL, LLC, INDEPENDENCE REALTY TRUST, INC., MID-AMERICA APARTMENTS, L.P., MID-AMERICA APARTMENT COMMUNITIES, INC., RPM LIVING, LLC, AND WILLOW BRIDGE PROPERTY COMPANY, LLC<br>*Defendant(s)* | Civil Action No. 2:25-cv-00093-DLB-CJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RPM LIVING, LLC
c/o Jason Berkowitz, RA
5508 Parkcrest Drive, Ste. 320
Austin, TX 78731

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    John Ghaelian
Office of the Kentucky Attorney General
1024 Capital Center Drive
Frankfort, Kentucky 40601
(502) 696-5300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   07/07/2025

*Signature of Clerk or Deputy Clerk - wp*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00093-DLB-CJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __RPM Living, LLC c/o Jason Berkowitz__
was received by me on *(date)* __July 8, 2025__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __COO, Chad Borchegardt__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __RPM Living LLC__
_____ on *(date)* __July 15, 2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __July 21, 2025__

_____
Server's signature

__Adriana Adam, Process Server PSC-17714__
Printed name and title

__243 Gremal Rodd Buda, Texas 78610__
Server's address

Additional information regarding attempted service, etc:

Address of service:
5508 Parkcrest Drive, Suite 320
Austin, Texas 78731