# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION-COVINGTON

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, EX REL. ATTORNEY GENERAL, RUSSELL COLEMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>REALPAGE, INC., BH MANAGEMENT SERVICES, LLC, FIRST COMMUNITIES MANAGEMENT, INC., GREYSTAR REAL ESTATE PARTNERS, LLC, HIGHMARK RESIDENTIAL, LLC, INDEPENDENCE REALTY TRUST, INC., MID-AMERICA APARTMENTS, L.P., MID-AMERICA APARTMENT COMMUNITIES, INC., RPM LIVING, LLC, AND WILLOW BRIDGE PROPERTY COMPANY, LLC<br><br>*Defendants*. | Case No. 2:25-cv-00093-DLB-CJS |

## NOTICE OF DISMISSAL

Plaintiff, the Commonwealth of Kentucky, by and through its Attorney General, Russell Coleman, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that its claims against Defendant RPM Living, LLC, are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

Respectfully submitted,

/s/ *Anna Claire Skinner*
Anna Claire Skinner (KY Bar # 97544)
**DiCELLO LEVITT LLP**
110 West Vine Street, Suite 409
Lexington, Kentucky 40507
Telephone: (312) 214-7900
Email: askinner@dicellolevitt.com
***Counsel for Plaintiff***

# CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2025, I electronically filed the above motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Anna Claire Skinner (KY Bar #97544)
DiCello Levitt LLP
110 West Vine Street, Suite 409
Lexington, Kentucky 40507
askinner@dicellolevitt.com

and

Adam J. Levitt
DiCello Levitt LLP
Ten North Dearborn, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
alevitt@dicellolevitt.com

*Counsel for Plaintiff*