# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION – COVINGTON

COMMONWEALTH OF KENTUCKY,
EX REL. ATTORNEY GENERAL,
RUSSELL COLEMAN,

Case No. 2:25-cv-00093-DLB-CJS

*Plaintiff,*

v.

REALPAGE, INC., BH MANAGEMENT
SERVICES, LLC, FIRST
COMMUNITIES MANAGEMENT, INC.,
GREYSTAR REAL ESTATE
PARTNERS, LLC, HIGHMARK
RESIDENTIAL, LLC, INDEPENDENCE
REALTY TRUST, INC., MID-AMERICA
APARTMENTS, L.P., MID-AMERICA
APARTMENT COMMUNITIES, INC.,
RPM LIVING, LLC, AND WILLOW
BRIDGE PROPERTY COMPANY, LLC,

*Defendants.*

## DEFENDANT FIRST COMMUNITIES MANAGEMENT, INC.'S RULE 7.1
## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant First Communities Management, Inc. hereby provides the following disclosure and states as follows: First Communities Management, Inc. has no parent corporation, and no entity holds more than 10% of its stock.

*/s/ Richard. P. Sybert*
Richard P. Sybert (admitted *pro hac vice)*
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

Hannah Brown Goehring (admitted *pro hac vice*)
hbrown@grsm.com
GORDON REES SCULLY MANSUKHANI
555 17th St, Suite 3400
Denver, CO 80202
Telephone: (303) 200-6874

W. Austin Smith (SBN: 100737)
wasmith@grsm.com
GORDON REES SCULLY MANSUKHANI
325 W. Main Street
Waterfront Plaza Suite 2300
Louisville, KY 40202
Telephone: (502) 371-1258
*Counsel for Defendant First Communities Management, Inc.*