**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
JAN - 5 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Commonwealth of Kentucky, *ex rel.* Attorney General, Russell Coleman,

*Plaintiff*,

v.

REALPAGE, INC., *et al.*

*Defendants*.

Case No. 2:25-cv-00093-DLB-CJS

**Chief Judge David L. Bunning**
**Magistrate Judge Candace J. Smith**

**AGREED ORDER**

**ORDER REGARDING SUBSTITUTION OF GREYSTAR MANAGEMENT SERVICES, LLC AS PARTY DEFENDANT**

Based on the parties' stipulation, and for good cause otherwise appearing, Defendant Greystar Real Estate Partners, LLC is DISMISSED from this action WITHOUT PREJUDICE; Greystar Management Services, LLC is SUBSTITUTED in its place as the defendant; Greystar Management Services, LLC JOINS Defendants' motions to dismiss (ECF Nos. 89, 90); and the Complaint (ECF No. 1), is hereby AMENDED as follows:

"Greystar Real Estate Partners, LLC" is stricken from the caption and replaced with "Greystar Management Services, LLC."

All other references, explicit or implicit, to "Greystar" in the body of the Complaint, including in Paragraphs 9, 28, 56, and 62, shall refer to "Greystar Management Services, LLC."

The first paragraph, as amended, now reads as follows:

a. Plaintiff, Commonwealth of Kentucky ("Commonwealth" or "Kentucky"), by and through its Attorney General, Russell Coleman, brings this suit for violations of federal, state, and common law, and seeks damages, injunctive and equitable

relief, and civil penalties against the Defendants RealPage, Inc. ("RealPage"), BH Management Services, LLC ("BH"), First Communities Management, Inc. ("First Communities"), Greystar Management Services, LLC ("Greystar"), Highmark Residential, LLC ("Highmark"), Independence Realty Trust, Inc. ("IRT"), Mid-America Apartments, L.P. and Mid-America Apartment Communities, Inc. (together, "MAA"), RPM Living, LLC ("RPM") and Willow Bridge Property Company, LLC ("Willow Bridge").

SO ORDERED,

5 Jan. 26

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

Signed By:
*David L. Bunning*
Chief Judge
United States District Court

**AGREED:**

/s/ Gregory S. Asciolla
Gregory S. Asciolla (*pro hac vice*)
Jonathan S. Crevier (*pro hac vice*)
Noah L. Cozad (*pro hac vice*)
Theodore J. Salem-Mackall (*pro hac vice* forthcoming)
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, NY 10017
646-933-1000
gasciolla@dicellolevitt.com
jcrevier@dicellolevitt.com
ncozad@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Adam J. Levitt (*pro hac vice*)
Daniel R. Ferri (*pro hac vice*)
DICELLO LEVITT LLP
Ten N. Dearborn Street, Sixth Floor
Chicago, IL 60602
312-214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

J. Christian Lewis
John Mohammad Ghaelian
Philip R. Heleringer
ATTORNEY GENERAL'S OFFICE - KENTUCKY
1024 Capitol Center Drive, Suite 200
Frankfort, KY 40601
502-696-5300
502-696-5314
502-696-5647
christian.lewis@ky.gov
john.ghaelian@ky.gov
philip.heleringer@ky.gov

*Counsel for Plaintiff Russel Coleman, Commonwealth of Kentucky ex rel.*

/s/ Karen Hoffman Lent
Karen Hoffman Lent (*pro hac vice*)
karen.lent@skadden.com
Boris Bershteyn (*pro hac vice*)
boris.bershteyn@skadden.com
Evan Kreiner (*pro hac vice*)
evan.kreiner@skadden.com
Sam Auld (*pro hac vice*)
sam.auld@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Donald J. Kelly
Brandon A. Girdley
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
502-589-5235
502-589-0309 fax
dkelly@wyattfirm.com
bgirdley@wyattfirm.com

*Counsel for Defendant Greystar Real Estate Partners, LLC*